In the Matter of the Claim of TONY POLIZZI, Respondent, against JOSEPH A. CUDDIHY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.